## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**CARLTON LAMONT CHANEY, SR.**                                    **PETITIONER**
*Reg. #04860-028*

**v.**                                    **CASE NO. 2:24-CV-00175-BSM**

**GARRETT**
*Warden, FCI Medium*                                    **RESPONDENT**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 14] is adopted and Carlton Chaney's section 2241 petition for a writ of habeas corpus [Doc. No. 1] and amended petition for a writ of habeas corpus [Doc. No. 8] are dismissed without prejudice.

IT IS SO ORDERED this 27th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE