IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CARLTON LAMONT CHANEY, SR.**                                           PETITIONER
*Reg. #04860-028*

v.                              CASE NO. 2:24-CV-00175-BSM

**GARRETT**
*Warden, FCI Medium*                                                     RESPONDENT

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 27th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE